IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB JAMES TOWNSEND                                                                    PLAINTIFF

v.                                     Case No. 4:23-cv-4002

SERGEANT MERCHANT;
CORRECTIONAL OFFICER HICKEY;
SERGEANT GULLY; JAMES WISE;
and SHERIFF JAMES SINGLETON                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 1, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40. Judge Comstock recommends that Defendants' Motion for Summary Judgment (ECF No. 30) be granted in part and denied in part. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 40) *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 30) is **GRANTED IN PART and DENIED IN PART**. Plaintiff's claim of excessive force against Defendant Merchant, in his individual capacity only, remains for further litigation. All other claims are **DISMISSED WITH PREJUDICE**. Defendants Hickey, Gully, Wise, and Singleton are **DISMISSED** from this matter.

**IT IS SO ORDERED**, this 30th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge