IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB JAMES TOWNSEND                                                                                         PLAINTIFF

v.                                        Case No. 4:23-cv-4002

SERGEANT MERCHANT,
CORRECTIONAL OFFICER HICKEY,
SERGEANT GULLY, JAMES WISE, and
SHERIFF JAMES SINGLETON                                                                                   DEFENDANTS

**ORDER**

      Before the Court is a Joint Stipulation of Dismissal. ECF No. 59. The parties stipulate that they have settled all remaining claims in this matter and that the case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

      **IT IS SO ORDERED**, this 2nd day of December, 2024.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge